# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAMELA S. QUIST  
330 E. MENOMONIE STREET  
BELVIDERE, IL  61008

SSN-xxx-xx-3720

Case Number: 08-71473

Case filed on: 5/9/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,855.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NATIONSTAR MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PORTFOLIO RECOVERY & AFFIL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAMELA S. QUIST | 0.00 | 0.00 | 1,575.98 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,575.98 | 0.00 |
| 002 | HEIGHTS FINANCE | 2,513.71 | 2,513.71 | 126.77 | 131.23 |
| 004 | NATIONSTAR MORTGAGE LLC | 44,643.41 | 44,643.41 | 0.00 | 0.00 |
|  | Total Secured | 47,157.12 | 47,157.12 | 126.77 | 131.23 |
| 005 | CAPITAL ONE BANK (USA) NA | 768.43 | 76.84 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 756.72 | 75.67 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 1,601.14 | 160.11 | 0.00 | 0.00 |
| 011 | COTTONWOOD FINANCIAL | 1,021.41 | 102.14 | 0.00 | 0.00 |
| 012 | TOMAH MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LAVERNE QUIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 680.00 | 68.00 | 0.00 | 0.00 |
| 015 | SECURITY FINANCE | 627.86 | 62.79 | 0.00 | 0.00 |
| 016 | IHC SWEDISH AMERICAN EMERGENCY PHY | 80.96 | 8.10 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,536.52 | 553.65 | 0.00 | 0.00 |
|  | Grand Total: | 52,693.64 | 47,710.77 | 1,702.75 | 131.23 |

Total Paid Claimant:        $1,833.98  
Trustee Allowance:          $21.02  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  02/26/2009           By  /s/Heather M. Fagan